**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

LINDA K. MOSS                                                                                           PLAINTIFF

vs.                                          No. 4:04cv000635-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                          DEFENDANT

**JUDGMENT**

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 7th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE