**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

LINDA K. MOSS                                                                                                   PLAINTIFF

V.                                              4:04CV00635 JTR

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration                                                                                                 DEFENDANT

**ORDER**

Pending before the Court is Plaintiff's Request for EAJA Attorney Fees and Costs Under the Equal Access to Justice Act ("EAJA"), along with a Brief in Support (docket entries #15 and #16). Defendant has filed a Response (docket entry #17). For the reasons set forth herein, the Motion will be granted.

On July 2, 2004, Plaintiff filed this action challenging the decision of an Administrative Law Judge ("ALJ") denying her social security benefits (docket entry #1). On September 7, 2005, the Court entered a Memorandum and Order and Judgment (docket entries #11 and #138) remanding the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

On November 30, 2005, Plaintiff's attorney, Ms. Laura J. McKinnon, filed a Request for Attorney Fees and Costs Under the EAJA. In this Request, Ms. McKinnon seeks payment for: (1) 30.45 hours of work performed by her at the rate of $144.00 per hour; (2) 1.5 hours of work performed by a paralegal at the rate of $50.00 per hour; and reimbursement for $197.50 in expenses. Defendant does not object to the Request.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of

attorney's fees under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $4,657.30, which includes 30.45 hours of attorney time at the rate of $144.00 per hour ($4,384.80); 1.50 hours of paralegal time at the rate of $50.00 per hour ($75.00); and $197.50 in expenses, including the $150.00 filing fee.

IT IS THEREFORE ORDERED that Plaintiff's Request for Attorney Fees and Costs Under the EAJA (docket entry #15) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Ms. Laura J. McKinnon, attorney for Plaintiff, $4,657.30, which has been awarded as fees and expenses pursuant to the EAJA.

DATED this 7th day of February, 2006.

_____
UNITED STATES MAGISTRATE JUDGE